IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TED L. PATTERSON                                                                                      PLAINTIFF

V.                                                                           CIVIL ACTION NO. 1:04CV297

RADIOSHACK CORPORATION AND
DUFFY CONSTRUCTION COMPANY, INC.                                                    DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant Radioshack Corporation's motion for summary judgment, joined by defendant Duffy Construction, is **GRANTED**.

This, the 7th day of August, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**